

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2021

No. 04-21-00058-CV

**DIAMOND ENVIRONMENTAL MANAGEMENT, L.P.**; Bexar County Emergency Service District No. 5; and Bexar County Emergency Service District No. 10,
Appellants

v.

**CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-26125
Honorable Aaron Haas, Judge Presiding

# O R D E R

This appeal was filed by three appellants: Bexar County Emergency Services District No. 5, Bexar County Emergency Services District No. 10, and Diamond Environmental Management, L.P. (collectively, "appellants"). One of the appellants, Diamond Environmental Management, L.P. ("Diamond"), requested a clerk's record, which was filed in this court on March 3, 2021. The reporter's record was filed on March 12, 2021. Accordingly, appellants' briefs are due April 12, 2021.

On March 19, 2021, Bexar County Emergency Services District No. 5 and Bexar County Emergency Services District No. 10 filed an Advisory with this court stating the clerk's record requested by Diamond did not include any pleadings filed, in the trial court, by Bexar County Emergency Services District No. 5 and Bexar County Emergency Services District No. 10. Therefore, on March 4, 2021, these appellants requested a supplemental clerk's record from the Bexar County District Clerk. Appellants now ask this court to reset the briefing deadline. The request is GRANTED.

The Bexar County District Clerk is hereby ORDERED to file in this court a supplemental clerk's record containing the documents requested by Bexar County Emergency Services District No. 5 and Bexar County Emergency Services District No. 10 on March 4, 2021, **no later than April 5, 2021**. Appellants' briefs **are due thirty days** from the date the supplemental clerk's record is filed in this court.

FILE COPY

_____
Lori I. Valenzuela, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court